1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11  ELDRIDGE JOHNSON,                    CASE NO. 3:12-CV-02730-VC

12              Plaintiff,               [PROPOSED] ORDER GRANTING
                                         DEFENDANTS' NOTICE OF MOTION
13          vs.                          AND ADMINISTRATIVE MOTION TO
                                         HAVE CERTIFIED COURT REPORTER
14  UNITED AIR LINES, INC.;              PRESENT TO RECORD MARCH 24, 2015
    CONTINENTAL AIRLINES, INC.; and      CASE MANAGEMENT CONFERENCE
15  DOES 1-10,                           AS MODIFIED

16              Defendants.

17                                       Judge:      Hon. Vince Chhabria

18                                       Complaint filed:    May 29, 2012
                                         FAC filed:          July 20, 2012
19                                       SAC filed:          November 30, 2012
                                         TAC filed:          May 20, 2013
20                                       Corrected TAC filed: June 21, 2013
                                         4AC filed:          Jan. 3, 2014
21                                       5AC filed:          March 2, 2015

22

23

24

25

26

27

28

1

*Related cases*:

Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC

2  Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC

Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC

3  Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC

Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC

4  Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC

Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC

5  Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC

Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC

6  Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC

Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC

7  Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC

Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC

8  Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC

Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC

9  Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC

Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC

10  Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC

Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC

11  John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC

Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC

12  Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO HAVE COURT REPORTER
PRESENT AT MARCH 24 CMC

1    Having considered the papers and all pleadings on file and good cause appearing therefor,

2    IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court

3    Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

4                                        FTR recording services

5    ☐   The Court will provide ~~a certified court reporter~~ at the Case Management Conference,

6        scheduled for March 24, 2015 at 1:30 p.m.

7

8

9    **IT IS SO ORDERED.**

10

11   Dated: __March 20_____, 2015

12

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28