1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ELDRIDGE JOHNSON, | CASE NO. 3:12-CV-02730-VC |
| 12             Plaintiff, | [~~PROPOSED~~] **ORDER TO HAVE APRIL 9, 2015 CASE MANAGEMENT CONFERENCE RECORDED** |
| 13        vs. | AS MODIFIED |
| 14  UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and | Judge:    Hon. Vince Chhabria |
| 15  DOES 1-10, | |
| 16             Defendants. | Complaint filed:       May 29, 2012<br>FAC filed:                 July 20, 2012<br>SAC filed:                 November 30, 2012<br>TAC filed:                 May 20, 2013<br>Corrected TAC filed:  June 21, 2013<br>4AC filed:                 January 3, 2014<br>5AC filed:                 March 2, 2015 |

1
2
3
4
5
6
7
8
9
10
11
12

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Having considered the papers and all pleadings on file and good cause appearing |
| 2 | therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case |
| 3 | Management Conference Recorded is GRANTED, as follows: |
| 4 | XX   The Court will provide FTR recording services to record the Case Management |
| 5 | Conference scheduled for April 9, 2015 at 10:00 a.m. |
| 6 | All proceedings in these related cases will be recorded. |
| 7 | IT IS SO ORDERED. |

Dated: April 9, 2015

**IT IS SO ORDERED AS MODIFIED**
Judge Vince Chhabria

[Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA]