1
2
3
4                            UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    ELDRIDGE JOHNSON,                        Case No.  12-cv-02730-VC

              Plaintiff,

8                                            **ORDER RE SANCTIONS**

9         v.

10   UNITED AIRLINES, INC., et al.,

11             Defendants.

     AND COORDINATED CASES:

12   Ecung, Mario v. United Airlines, Inc. et al.

13   3:15-cv-00456 VC

14   Miller, Leon v. United Airlines, Inc. et al.

15   3:15-cv-00457 VC

16   Palmer, Xavier v. United Airlines, Inc. et al.

17   3:15-cv-00458 VC

18   Noble, Paul C. v. United Airlines, Inc. et al.

19   3:15-cv-00461 VC

20   Jones Jr., Johnnie E. v. United Airlines, Inc.

21   et al. 3:15-cv-00462 VC

22   Robinson, Frederick v. United Airlines, Inc.

23   et al. 4:15-cv-00463 VC

24   Roane, Glen v. United Airlines, Inc. et al.

25   3:15-cv-00464 VC

26   Ricketts, David v. United Airlines, Inc. et al.

27   3:15-cv-00465 VC

28

United States District Court
Northern District of California

1    Tom, Lester v. United Airlines, Inc. et al.

2    3:15-cv-00466 VC

3    Crocker, Sal v. United Airlines, Inc. et al.

4    3:15-cv-00468 VC

5    Manswell, Anthony v. United Airlines, Inc.

6    et al. 3:15-cv-00469 VC

7    Minter, Karl v. United Airlines, Inc. et al.

8    3:15-cv-00470 VC

9    Washington, Erwin v. United Airlines, Inc.

10    et al. 4:15-cv-00471 VC

11    Wilson, Darryl v. United Airlines, Inc. et al.

12    3:15-cv-00472 VC

13    Sherman, Leo v. United Airlines, Inc. et al.

14    3:15-cv-00473 VC

15    Haney, Ken v. United Airlines, Inc. et al.

16    3:15-cv-00474 VC

17    John, Richard v. United Airlines, Inc. et al.

18    3:15-cv-00475 VC

19    Briscoe, Odie v. United Airlines, Inc. et al.

20    3:15-cv-00476 VC

21    Hartsfield, Terrence v. United Airlines, Inc.

22    et al. 3:15-cv-00477 VC

23

24        For the reasons stated in the Court's order of June 22, 2015 and at today's case

25    management conference, the lawyers for the plaintiffs, Spencer Smith and Dow Patten, are

26    sanctioned for their misconduct in connection with their failure to meet the deadline for filing a

27    sixth amended complaint in each of these cases.  Smith and Patten must reimburse the defendants

28    for the costs and fees incurred in preparing for and attending the case management conference.  If

United States District Court
Northern District of California

2

1   counsel for the plaintiffs and counsel for the defendants are unable to agree on the proper payment

2   amount, the Court will resolve that dispute according to the procedure it described at the case

3   management conference.

4

5           **IT IS SO ORDERED.**

6   Dated: June 23, 2015



7   ____                                    _____

8                                           VINCE CHHABRIA
                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California