United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,

Plaintiff,

v.

UNITED AIRLINES, INC., et al.,

Defendants.

AND COORDINATED CASES:

Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC

Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC

Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC

Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC

Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC

Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC

Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC

Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC

Case No. 12-cv-02730-VC

**ORDER RE FILING OF SIXTH AMENDED COMPLAINT**

United States District Court
Northern District of California

Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC

Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC

Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC

Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC

Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC

Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC

Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC

Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC

John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC

Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC

Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Notwithstanding their lawyers' failure to meet the deadline to file sixth amended complaints on behalf of each plaintiff in these related cases, the plaintiffs are hereby given one final opportunity to file sixth amended complaints. The sixth amended complaint for each plaintiff is due June 30, 2015. Absent truly extraordinary circumstances (such as an impending substitution of counsel) no further extension will be granted. And the Court repeats that the

plaintiffs will not receive another chance to amend after filing their sixth amended complaints.

**IT IS SO ORDERED.**

Dated: June 24, 2015

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California