UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No.  12-cv-02730-VC<br><br>**AMENDED ORDER** |

| |
|---|
| 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al.<br>3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC |

This amended order summarizes the key points from the April 6, 2016 case management conference.

As planned, the motions to strike and/or dismiss the retaliation claims will be heard on May 19, 2016 at 1:30 pm. A further case management conference will take place at that time also. The plaintiffs' deadline to respond to the motions to strike and/or dismiss is extended to Tuesday, April 12, 2016. The defendants' reply deadline is extended to April 26, 2016.

A hearing on all motions to transfer will take place June 30, 2016 at 1:30 pm. A further case management conference will take place at that time also. The plaintiffs' deadline to respond to the motions to transfer that have already been filed remains April 22, 2016. The defendants' reply deadline remains May 10, 2016.

For all cases in which initial disclosures have not yet been exchanged, the parties are ordered to exchange them by May 4, 2016. In addition, the discovery stay is lifted for all cases.

**IT IS SO ORDERED.**

Dated: April 12, 2016

_____
VINCE CHHABRIA
United States District Judge